IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LENORRIS PARKER,**

    **Plaintiff,**

v.   Case No. 1:17cv112-MW/GRJ

**JOSHUA DONAWAY,**
**et al.,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice as malicious for abuse of the judicial process. The dismissal of this case as malicious shall operate as a "strike" pursuant to 28 U.S.C. § 1915(g). If Plaintiff accumulates three strikes, he will be prohibited from proceeding as a pauper in a civil case while he is incarcerated unless he can demonstrate that he

1

satisfies the "imminent danger" exception to the three-strikes bar." The Clerk shall close the file.

**SO ORDERED on July 26, 2017.**

<u>s/Mark E. Walker</u>        ____
**United States District Judge**